**In re LAVERTY DETECTIVE BUREAU, INC., Bankrupt.**

**Jules V. SPECINER, Plaintiff-Appellant,**

v.

**AMERICAN NATIONAL BANK & TRUST OF NEW JERSEY, Assignee of Princeton American Credit Corp., Defendant-Appellee.**

**No. 996, Docket 79–5003.**

United States Court of Appeals, Second Circuit.

Submitted June 6, 1979.

Decided June 7, 1979.

Jules V. Speciner, Great Neck, N. Y., for plaintiff-appellant pro se.

Eichler & Forgosh, P. A., Irvington, N. J., for defendant-appellee.

Before KAUFMAN, Chief Judge, and OAKES and MESKILL, Circuit Judges.

PER CURIAM:

We affirm on Judge Pratt's opinion for the district court, 471 F.Supp. 549, No. 78 C 360 (E.D.N.Y.1978). We note that Congress has addressed accounts receivable financing in the new Bankruptcy Act. Effective October 1, 1979, the issue now before us will be controlled by § 547(c)(5) of the Act.